UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>WOLFPACK TRANSPORT LLC,<br><br>Defendants. | Case No. 5:21-cv-1221 FWS (SPx)<br><br>DEFAULT JUDGMENT BY CLERK |

This action having come before the Court on Plaintiff's Application to Enter Judgment by Default and the Application having been decided as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF VALLEY NATIONAL BANK AGAINST DEFENDANT WOLFPACK TRANSPORT LLC FOR $272,952.98, WITH INTEREST TO ACCRUE ON THE JUDGMENT AT THE STATUTORY RATE FROM DATE OF ENTRY UNTIL PAID IN FULL.**

**THIS AMOUNT REPRESENTS THE UNPAID PRINCIPAL OF $218,307.10 AND INTEREST OF $54,645.88 CALCULATED AT THE ANNUAL PERCENTAGE RATE SET FORTH IN THE PREMIUM FINANCE AGREEMENT BETWEEN THE PARTIES OF 11.25% FOR THE PERIOD JUNE 16, 2020 TO JUNE 1, 2022.**

Kiry Gray

CLERK OF THE COURT

ENTERED: July 8, 2022

/s/ *Jenny Lam*
By: Deputy Clerk

H:\WOLFPACK TRANSPORT LLC\Judgment in Civil Case.docx

5:21-cv-1221

JUDGMENT IN A CIVIL CASE